UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELLY M. SHERWOOD,

    Plaintiff,

vs.                                       Case No. 8:16-cv-2762-T-27AEP

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 21). Defendant has no objection to the Motion. Upon consideration, the Motion (Dkt. 21) is **GRANTED**. Plaintiff is awarded $400.00 to be paid from the Judgment Fund pursuant to 31 U.S.C. § 1304 and $4,375.59 in EAJA fees for 22.60 hours of work at a rate of $193.61 per hour, both of which are reasonable, pursuant to 28 U.S.C. § 2412(d). The award shall be made within **sixty (60) days** of the date of this Order, subject to reasonable extensions for good cause if shown.

**DONE AND ORDERED** this 16th day of April, 2018.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to:
Counsel of Record