UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELLY M. SHERWOOD,

        Plaintiff,

vs.                                 Case No. 8:16-cv-2762-T-27AEP

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Unopposed Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Dkt. 25). Defendant has no objection to the Motion. Upon consideration, the Motion is **GRANTED**. Pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel is awarded $15,925.00 as an attorney's fee for services rendered. This total is equal to less than twenty-five percent (25%) of the total past-due benefits awarded to Plaintiff ($18,380.63). See (Dkts. 25-2; 25-3 at p. 10). Plaintiff's counsel shall reimburse Plaintiff $4,375.59 in attorney's fees previously obtained under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See (Dkt. 22).

**DONE AND ORDERED** this 7th day of August, 2019

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

1